1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 778-9709
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
9

10 KRYZTA MARTINEZ,                         ) Case No. 2:22-cv-01836-MMD-BNW
                                            )
11                Plaintiff,                )
                                            )
12 vs.                                      ) **JOINT MOTION FOR EXTENSION OF
                                            ) TIME FOR DEFENDANT EQUIFAX
13 TRANS UNION LLC; EXPERIAN                ) INFORMATION SERVICES LLC TO
   INFORMATION SOLUTIONS, INC.,             ) FILE ANSWER**
14 EQUIFAX INFORMATION SERVICES, LLC )
   and BANK OF AMERICA, N.A.,               ) **SECOND REQUEST**
15                                          )
                                            )
16                Defendants.               )
                                            )
17                                          )
                                            )
18                                          )

19     Defendant Equifax Information Services LLC ("Equifax") has requested an extension of
20 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has
21 no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED
22 to by and among counsel, that Defendant Equifax Information Services LLC's time to answer,
23 move or otherwise respond to the Complaint in this action is extended from December 27, 2022
24 through and including **January 26, 2023**.  The request was made by Equifax so that the parties can
25 have
26 / /
27 / /
28 / /

additional time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

      Respectfully submitted, this 22nd day of December, 2022.

CLARK HILL PLLC

By:  /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com

*Attorney for Defendant Equifax Information Services LLC*
**No opposition**

 /s/ Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Phone: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  December 27, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 22nd day of December, 2022, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com